UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
JANET CLARKE, :
Plaintiff, :
-against- :
: 26 Civ. 6391 (LGS)
CITY OF NEW YORK et al., :
Defendants. : ORDER
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for September 15, 2026.

WHEREAS, Plaintiff and Defendant City of New York have submitted the required pre-conference letter (the "Letter").

WHEREAS, Defendant Arismendi Paulino, an individually named NYPD defendant, has been served but has not yet appeared or joined in the Letter. Defendant City of New York previously stated that the New York City Law Department was determining whether it could represent him. Defendants Archdiocese of New York and Trustees of St. Patrick's Cathedral have not yet been served and likewise have not joined in the Letter. It is hereby

**ORDERED** that the deadline for all Defendants to respond to the Complaint is adjourned to **November 9, 2026**. It is further

**ORDERED** that by **October 12, 2026**, Defendant City of New York shall file a letter regarding the status of the investigation into Defendant Paulino. It is further

**ORDERED** that the pretrial conference scheduled for September 15, 2026, is **ADJOURNED** to **November 17, 2026, at 3:30 pm**. The parties shall jointly submit a supplemental pre-conference letter and proposed case management plan by **November 9, 2026**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

Dated: September 10, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**