THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

October 9, 2026

**By ECF**
District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Janet Clarke v City of New York et. al.,* 26-CV-06391 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York. Pursuant to the Court's Order dated September 10, 2026, defendants City of New York and Arismendi Paulino write to respectfully inform the Court as to the status of the investigation into Defendant Paulino. Accordingly, this office has completed our investigation and has undertaken representation of defendant Paulino in the above referenced matter.

Thank you for your consideration herein.

Respectfully submitted,

*/s/Randy Nandlall*
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: All counsel via ECF