**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JANET CLARKE,**

**Plaintiff,**

**-v-**

**THE CITY OF NEW YORK, et al.,**

**Defendants.**

**DECLARATION OF SERVICE**

**26-cv-06391-LGS**

---

REGINA YU hereby declares under penalty of perjury that the following statements are true and correct:

1. I am over 18 years of age and not a party to this action.

2. On October 14, 2026, at around 7:43am, upon receiving confirmation through Counsel that the Trustees of St. Patrick's Cathedral and the Archdiocese of New York would accept service by email in this matter, I transmitted the following documents to Counsel by e-mail for service on those two parties:

   a. Complaint (ECF 1);
   b. Summons (ECF 5);
   c. Individual Practices and Procedures for Civil Cases of Lorna G. Schofield, U.S.D.J.;
   d. SDNY Electronic Case Filing Rules; and
   e. The Court's Orders at ECF 3 and ECF 12.

Dated: Brooklyn, New York
October 14, 2026

Regina Yu

Regina Yu (she/her)
*Coordinating Attorney*
COHEN&GREEN P.L.L.C.
1639 Centre St. Suite 216
Ridgewood, NY 11385