THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

November 19, 2026

**By ECF**
District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Janet Clarke v City of New York et. al.,* 26-CV-06391 (LGS)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York. Pursuant to the Court's Order dated November 9, 2026, defendants City of New York and Arismendi Paulino ("City defendants") write to respectfully request a two week extension of time for the parties to file a proposed confidentiality order from November 23, 2026 to December 7, 2026. This is the first such request and all parties consent to this request.

By way of relevant background, the Court issued an order which ordered that "parties shall meet and confer regarding the proposed protective order discussed in their joint letter and file either (1) an agreed-upon order or (2) their competing proposals by November 23, 2026." ECF No. 22. The reason for this request is that the parties have had fruitful conversations and believe that additional time would better allow for the parties to come to an understanding while also accounting for the holidays next week.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Randy Nandlall*
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: All counsel via ECF